CLOSED, ECF, RELATED

## U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:05-cv-05810-JSR
### Internal Use Only

Briggs v. Pfizer, Inc. et al
Assigned to: Judge Jed S. Rakoff
Demand: $100000000
Related Case: 1:04-cv-06704-JSR
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 06/22/2005
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Robin Stern Briggs**
*as Administratrix of the Estate of Douglas Merrill Briggs, deceased*

represented by **Andrew G. Finkelstein**
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550
914-562-0203
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eleanor Louise Polimeni**
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550
845-563-9421
Fax: 845-562-3492
Email: epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*

A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY _____ DEPUTY CLERK

V.

**Defendant**

**Pfizer, Inc.**

represented by **Erik March Zissu**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4511
Fax: 212 450-3511
Email: zissu@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**
*a division of Warner-Lambert Company and Warner-Lambert Company LLC*

represented by **Erik March Zissu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Warner-Lambert Company     represented by **Erik March Zissu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company, LLC**     represented by **Erik March Zissu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2005 | 1 | COMPLAINT against Pfizer, Inc., Parke-Davis, Warner-Lambert Company, Warner-Lambert Company, LLC. (Filing Fee $ 250.00, Receipt Number 547142)Document filed by Robin Stern Briggs.(jeh, ) (Entered: 06/24/2005) |
| 06/22/2005 | | SUMMONS ISSUED as to Pfizer, Inc., Parke-Davis, Warner-Lambert Company, Warner-Lambert Company, LLC. (jeh, ) (Entered: 06/24/2005) |
| 06/22/2005 | | Case Designated ECF. (jeh, ) (Entered: 06/24/2005) |
| 06/22/2005 | | CASE REFERRED TO Judge Jed S. Rakoff as possibly Similar to 1:04cv6704. (jeh, ) (Entered: 06/24/2005) |
| 06/27/2005 | 2 | NOTICE of Appearance by Eleanor Louise Polimeni on behalf of Robin Stern Briggs (Polimeni, Eleanor) (Entered: 06/27/2005) |
| 06/30/2005 | | Magistrate Judge Douglas F. Eaton is so designated. (jeh, ) Modified on 7/5/2005 (jeh, ). (Entered: 07/05/2005) |
| 06/30/2005 | 3 | NOTICE OF CASE ASSIGNMENT to Judge Jed S. Rakoff. Judge Unassigned no longer assigned to the case. (jeh, ) (Entered: 07/05/2005) |
| 06/30/2005 | | CASE ACCEPTED AS RELATED TO 04cv6704. Notice of Assignment to follow. (jeh, ) (Entered: 07/05/2005) |
| 08/07/2005 | 4 | AFFIDAVIT OF SERVICE of Summons and Complaint. Parke-Davis served on 7/25/2005, answer due 8/15/2005. Service was accepted by Leslie Porfido, Managing Agent. Document filed by Robin Stern Briggs. (Polimeni, Eleanor) (Entered: 08/07/2005) |
| 08/07/2005 | 5 | AFFIDAVIT OF SERVICE of Summons and Complaint. Warner-Lambert Company served on 7/25/2005, answer due 8/15/2005. Service was accepted by Leslie Porfido, Managing Agent. Document filed by Robin Stern Briggs. (Polimeni, Eleanor) (Entered: 08/07/2005) |
| 08/07/2005 | 6 | AFFIDAVIT OF SERVICE of Summons and Complaint. Warner-Lambert Company, LLC served on 7/21/2005, answer due 8/10/2005. Service was accepted by Marybeth Huyck, Authorized Agent. Document filed by Robin Stern Briggs. (Polimeni, Eleanor) (Entered: 08/07/2005) |
| 08/07/2005 | 7 | AFFIDAVIT OF SERVICE of Summons and Complaint. Pfizer, Inc. served on 7/21/2005, answer due 8/10/2005. Service was accepted by Marybeth Huyck, Authorized Agent. Document filed by Robin Stern Briggs. (Polimeni, Eleanor) (Entered: 08/07/2005) |

| | | |
|---|---|---|
| 08/15/2005 | 8 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Pfizer, Inc., Parke-Davis, Warner-Lambert Company, Warner-Lambert Company, LLC.(Zissu, Erik) (Entered: 08/15/2005) |
| 08/15/2005 | 9 | ANSWER to Complaint. Document filed by Pfizer, Inc., Parke-Davis, Warner-Lambert Company, Warner-Lambert Company, LLC.(Zissu, Erik) (Entered: 08/15/2005) |
| 08/23/2005 | 10 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. (S.D.N.Y) to the United States District Court - District of Massachusetts. (Signed by Judge MDL Panel on 07/25/2005) (jeh, ) (Entered: 08/26/2005) |
| 08/25/2005 | | MDL TRANSFER OUT: Mailed certified copy of documents numbered 1;3, docket entries and transfer order along with letter of acknowledgment to the United States District Court - District of Massachusetts. Mailed via Federal Express AIRBILL # 8481 3047 4597 on 08/26/2005. (jeh, ) (Entered: 08/26/2005) |

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:05-cv-05810-JSR
### Internal Use Only

Briggs v. Pfizer, Inc. et al
Assigned to: Judge Jed S. Rakoff
Demand: $100000000
Related Case: 1:04-cv-06704-JSR
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 06/22/2005
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Robin Stern Briggs**
*as Administratrix of the Estate of Douglas Merrill Briggs, deceased*

represented by **Andrew G. Finkelstein**
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550
914-562-0203
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eleanor Louise Polimeni**
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550
845-563-9421
Fax: 845-562-3492
Email: epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**

represented by **Erik March Zissu**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4511
Fax: 212 450-3511
Email: zissu@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**
*a division of Warner-Lambert Company and Warner-Lambert Company LLC*

represented by **Erik March Zissu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| Warner-Lambert Company | represented by | **Erik March Zissu** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Warner-Lambert Company, LLC** | represented by | **Erik March Zissu** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2005 | 1 | COMPLAINT against Pfizer, Inc., Parke-Davis, Warner-Lambert Company, Warner-Lambert Company, LLC. (Filing Fee $ 250.00, Receipt Number 547142)Document filed by Robin Stern Briggs.(jeh, ) (Entered: 06/24/2005) |
| 06/22/2005 |  | SUMMONS ISSUED as to Pfizer, Inc., Parke-Davis, Warner-Lambert Company, Warner-Lambert Company, LLC. (jeh, ) (Entered: 06/24/2005) |
| 06/22/2005 |  | Case Designated ECF. (jeh, ) (Entered: 06/24/2005) |
| 06/22/2005 |  | CASE REFERRED TO Judge Jed S. Rakoff as possibly Similar to 1:04cv6704. (jeh, ) (Entered: 06/24/2005) |
| 06/27/2005 | 2 | NOTICE of Appearance by Eleanor Louise Polimeni on behalf of Robin Stern Briggs (Polimeni, Eleanor) (Entered: 06/27/2005) |
| 06/30/2005 |  | Magistrate Judge Douglas F. Eaton is so designated. (jeh, ) Modified on 7/5/2005 (jeh, ). (Entered: 07/05/2005) |
| 06/30/2005 | 3 | NOTICE OF CASE ASSIGNMENT to Judge Jed S. Rakoff. Judge Unassigned no longer assigned to the case. (jeh, ) (Entered: 07/05/2005) |
| 06/30/2005 |  | CASE ACCEPTED AS RELATED TO 04cv6704. Notice of Assignment to follow. (jeh, ) (Entered: 07/05/2005) |
| 08/07/2005 | 4 | AFFIDAVIT OF SERVICE of Summons and Complaint. Parke-Davis served on 7/25/2005, answer due 8/15/2005. Service was accepted by Leslie Porfido, Managing Agent. Document filed by Robin Stern Briggs. (Polimeni, Eleanor) (Entered: 08/07/2005) |
| 08/07/2005 | 5 | AFFIDAVIT OF SERVICE of Summons and Complaint. Warner-Lambert Company served on 7/25/2005, answer due 8/15/2005. Service was accepted by Leslie Porfido, Managing Agent. Document filed by Robin Stern Briggs. (Polimeni, Eleanor) (Entered: 08/07/2005) |
| 08/07/2005 | 6 | AFFIDAVIT OF SERVICE of Summons and Complaint. Warner-Lambert Company, LLC served on 7/21/2005, answer due 8/10/2005. Service was accepted by Marybeth Huyck, Authorized Agent. Document filed by Robin Stern Briggs. (Polimeni, Eleanor) (Entered: 08/07/2005) |
| 08/07/2005 | 7 | AFFIDAVIT OF SERVICE of Summons and Complaint. Pfizer, Inc. served on 7/21/2005, answer due 8/10/2005. Service was accepted by Marybeth Huyck, Authorized Agent. Document filed by Robin Stern Briggs. (Polimeni, Eleanor) (Entered: 08/07/2005) |

| | | |
|---|---|---|
| 08/15/2005 | 8 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Pfizer, Inc., Parke-Davis, Warner-Lambert Company, Warner-Lambert Company, LLC.(Zissu, Erik) (Entered: 08/15/2005) |
| 08/15/2005 | 9 | ANSWER to Complaint. Document filed by Pfizer, Inc., Parke-Davis, Warner-Lambert Company, Warner-Lambert Company, LLC.(Zissu, Erik) (Entered: 08/15/2005) |
| 08/23/2005 | 10 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. (S.D.N.Y) to the United States District Court - District of Massachusetts. (Signed by Judge MDL Panel on 07/25/2005) (jeh, ) (Entered: 08/26/2005) |
| 08/25/2005 | | MDL TRANSFER OUT: Mailed certified copy of documents numbered 1;3, docket entries and transfer order along with letter of acknowledgment to the United States District Court - District of Massachusetts. Mailed via Federal Express AIRBILL # 8481 3047 4597 on 08/26/2005. (jeh, ) (Entered: 08/26/2005) |

I hereby certify on 8/18/05 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on ___
☒ original filed in my office on 8/11/05
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

#10

JUL 25 2005

FILED
CLERK'S OFFICE

A TRUE COPY
MICHAEL McMAHON, CLERK

DOCKET NO. 1629

DEPUTY CLERK

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-11)**

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 62 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 10 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SCHEDULE CTO-11 - TAG-ALONG ACTIONS
DOCKET NO. 1629
IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION | |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| ~~FLM 2 05-310~~ | ~~Joan Craft, et al. v. Pfizer, Inc., et al.~~ | Opposed 8/10/05 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 05-5809 | Debra Johnson Alsberge, etc. v. Pfizer, Inc., et al. | |
| NYS 1 05-5810 | Robin Stern Briggs, etc. v. Pfizer, Inc., et al. | |
| **OHIO SOUTHERN** | | |
| OHS 2 05-657 | Keith Edwards v. Warner-Lambert Co., et al. | |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 05-3401 | Grace Sanutti v. Pfizer, Inc., et al. | |



**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

2005 AUG 29  A 11: 50

DISTRICT COURT
DISTRICT OF MASS.

August 18, 2005

Mr. John Michael McMahon, Clerk
United States District Court
120 Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, NY 10007-1312

IN RE: <u>MDL DOCKET No. 1629</u>   In Re: Neurontin Marketing and Sales Practices
USDC - Massachusetts <u>Lead</u> Case No. 1:04cv10981-PBS
Your Case: Civil Action Nos:
1:05-cv-5809 Alsberge v. Pfizer, Inc. et al          District of MA No: 1:05-cv-11699 PBS
1:05-cv-5810 Briggs v. Pfizer, Inc. et al            District of MA No: 1:05-cv-11700 PBS

Dear Mr. McMahon:

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

Sincerely,

Kimberly M. Abaid
Kimberly M. Abaid
Deputy Clerk

Information Copy to:    Michael Beck, Clerk of the Panel
                        Counsel of Record
                        Robert Alba
                        Christine Patch